UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | SACR 18-00140-JLS | Date | June 4, 2021 |
|---|---|---|---|

| Present: The Honorable | JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Melissa Kunig | Not Reported | Joseph McNally - Not Present<br>Jeff Mitchell – Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Serge Obukhoff | Not | | X | Michael Artan | Not | | X |
| | | | | Glen Jonas | Not | | X |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER REGARDING DEFENDANT'S MOTION FOR ORDER FOR MODIFICATION OF COVID RELATED TRIAL PROTOCOLS, OR IN THE ALTERNATIVE, CONTINUANCE OF TRIAL [151]**

The Court is in receipt of Defendant's Motion for Order for Modification of COVID Related Trial Protocols, or in the Alternative, Continuance of Trial [151].

Government shall file any opposition no later than **June 18, 2021.**

                                                                                    __ : __
                                           Initials of Deputy Clerk   mku

cc: