# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – TRIAL**

| | |
|---|---|
| Case No. | SACR 18-00140-JLS |
| Date | July 29, 2021 |
| Present: The Honorable | JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE |
| Interpreter | None |

| Melissa Kunig | Deborah Parker | Joseph McNally; Jeff Mitchell |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Serge Obukhoff | X | | X | Michael Artan | X | | X |
| | | | | Glen Jonas | X | | X |

___ Day COURT TRIAL    3rd Day JURY TRIAL    ___ Death Penalty Phase

___ One day trial;  ___ Begun (1st day);  X Held & continued;  ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made _____

X Witnesses called, sworn and testified.

X Exhibits identified    X Exhibits admitted

___ Government rests.   ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made   ___ Court instructs jury   ___ Bailiff sworn

___ Clerk reviewed  admitted  exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused   ___ Jury retires to deliberate   ___ Jury resumes deliberations

___ Finding by Court as follows:   ___ Jury Verdict as follows:

Dft # ___ ___ Guilty on count(s) ___   ___ Not Guilty on count(s) ___

___ Jury polled   ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing.

Dft # ___ remanded to custody.   Remand/Release# ___ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

X Case continued to August 2, 2021 at 9:00 am for further trial/further jury deliberation.

X Other:

5 : 40

Initials of Deputy Clerk    mku