# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – TRIAL**

| | |
|---|---|
| Case No. | SACR 18-00140-JLS |
| Date | August 4, 2021 |
| Present: The Honorable | JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE |
| Interpreter | None |

| Melissa Kunig | Deborah Parker | Joseph McNally; Jeff Mitchell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Serge Obukhoff | X | | X | Michael Artan | X | | X |
| | | | | Glen Jonas | X | | X |
| | | | | Kevin Cauley | X | | X |

___ Day <u>COURT TRIAL</u>   6th Day <u>JURY TRIAL</u>   ___ Death Penalty Phase

___ One day trial;  ___ Begun (1st day);  X Held & continued;  ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made _____

X Witnesses called, sworn and testified.

X Exhibits identified      X Exhibits admitted

X Government rests.    ___ Defendant(s) _____ rest.

X Motion for mistrial by _____ Defendant _____ is _____ granted  X denied _____ submitted

___ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused    ___ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:       ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) _____    ___ Not Guilty on count(s) _____

___ Jury polled    ___ Polling waived

___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ remanded to custody.    Remand/Release# _____ issd.    Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

X Case continued to August 5, 2021 at 9:00 a.m. for further trial/further jury deliberation.

X Other: The Court and counsel discuss Government's Motion in Limine to Limit Cross-Examination on Certain Statement by Lauren Papa (Dkt. 206). For the reasons stated on the record, Government's Motion is **GRANTED**.

4 : 50

Initials of Deputy Clerk  mku

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**