TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SCOTT D. TENLEY (Cal. Bar No. 298911)
Assistant United States Attorney
Ronald Reagan Federal Bldg & U.S. Courthouse
411 West 4th Street, Suite 8000
Santa Ana, California 92701
Telephone: (714) 338-2829
Facsimile: (714) 338-3561
E-mail: scott.tenley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

**SEE ATTACHMENT A**,

Defendant.

No. **SEE ATTACHMENT A**

NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A

Plaintiff, United States of America hereby advises the Court that Scott D. Tenley is departing the United States Attorney's Office, and all of the cases in **Attachment A** should have the contact information replaced with the generic USAO email used for docketing.

//

//

Dated: July 30, 2021                Respectfully submitted,

                                  TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

      /s/
SCOTT D. TENLEY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# ATTACHMENT A

2:11-cr-00575-PSG
2:11-cr-01056-DMG
2:12-cr-00722-TJH
2:13-cr-00100-MMM
2:13-cr-00385-DMG
2:13-cr-00388-JVS
2:13-cr-00542-MWF
2:13-cr-00756-GHK
2:13-cr-00781-GAF
2:14-cr-00185-JAK
2:14-cr-00324-JFW
2:15-cr-00131-JFW
2:15-cr-00287-JAK-ODW
2:15-cr-00398-SJO
2:15-cr-00546-CJC
2:16-cr-00165-CJC
2:16-cr-00327-CJC-
2:16-cr-00803-JLS-1
2:16-cv-04408-TJH
2:16-cv-04437-TJH
2:17-cr-00742-JLS
2:18-cr-00077-DOC
2:18-cr-00613-JFW
2:18-cr-00666-DOC
2:19-00499-DOC
2:19-cr-00647-JFW
2:19-cr-00663-JFW
2:20-cr-00123-DOC

2:20-cv-01676-CJC

2:20-cv-07986-ODW-JEM

2:20-cv-09699-DMG

5:14-cv-01743-JVS-DFM

8:10-cr-00239-JVS

8:12-cr-00023-JLS

8:12-cr-00063-AG

8:12-cr-00225-AG

8:12-cr-00282-JLS

8:13-cr-00190-CJC

8:13-cr-00224-JVS

8:13-cv-00956-AG-JCG

8:14-cr-00034-JLS

8:15-cr-00009-CJC

8:15-cr-00077-JLS

8:15-cr-00078-CJC

8:15-cr-00095-AG

8:15-cr-00104-UA

8:15-cr-00114-TJH

8:15-cr-00115-DOC

8:15-cr-00138-DOC

8:15-cr-00142-JLS

8:15-cr-00147-JLS

8:15-cr-00148-JLS

8:15-cr-00150-CJC

8:15-cr-00155-JLS

8:15-cr-00158-AG

8:15-cr-00159-CJC

8:15-cr-00161-AG-TJH
8:15-cr-00161-AG
8:16-cr-00008-JLS
8:16-cr-00014-JLS
8:16-cr-00029-CJC
8:16-cr-00037-CJC
8:16-cr-00054-CJC
8:16-cr-00061-CJC
8:16-cr-00138-CJC
8:16-cr-00139-CJC
8:16-cr-00149-DOC
8:16-cr-00164-DOC
8:16-cr-00168-JVS
8:16-cr-00171-AG
8:17-cr-00103-CJC
8:18-cr-00014-JLS
8:18-cr-00037-AG
8:18-cr-00040-JLS
8:18-cr-00041-DOC
8:18-cr-00057-JLS
8:18-cr-00098-JLS
8:18-cr-00108-RGK
8:18-cr-00120-JLS
8:18-cr-00121-JLS
8:18-cr-00124-JLS
8:18-cr-00125-JLS
8:18-cr-00140-JLS
8:18-cr-00183-CJC

8:18-cr-00206-JVS

8:18-cr-00229-JLS

8:18-cr-00230-JLS

8:19-cr-00038-JLS

8:19-cr-00043-JLS

8:19-cr-00045-JLS

8:19-cr-00050-AG

8:19-cr-00070-CJC

8:19-cr-00121-JLS

8:19-cr-00150-DOC

8:19-cr-00173-JLS

8:19-cr-00203-JLS

8:19-cv-02362-JLS-DFM

8:20-cr-00039-DOC

8:20-cr-00040-DOC

8:20-cr-00058-JVS

8:20-cr-00072-DOC

8:20-cr-00073-JLS

8:20-cr-00133-AB

8:20-cv-00282-JVS

8:21-cr-00017-JVS

8:21-cr-00020-DOC

8:21-cr-00021-CJC

8:21-cr-00027-JVS

8:21-cr-00034-CJC

8:21-cr-00067-DOC

8:21-cr-00068-DOC