UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERGE OBUKHOFF,<br><br>　　　　Defendant. | No. SA CR 18-140-JLS |

REDACTED

**FILED**
AUG 13, 2021
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY __MKU__
Deputy Clerk, U.S. District Court

**VERDICT**

1

**Count One of the Indictment**

As to the offense of Conspiracy, in violation of Title 18, United States Code, Section 371.

We, the Jury, find the defendant:

Guilty _____          Not Guilty __X__ *(initials)*

If you find the defendant guilty, did you unanimously find that an object of the conspiracy was: (Check at least one):

____ Honest services mail fraud, in violation of Title 18, United States Code, Sections 1341, and 1346;

____ Honest services wire fraud, in violation of Title 18, United States Code, Sections 1343, and 1346;

____ Use of the mails and interstate facilities in aid of bribery, in violation of Title 18, United States Code, Section 1952(a);

____ Knowingly and willfully solicit or receive illegal remunerations for health care referrals, in violation of Title 42, United States Code, Sections 1320a-7b(b)(1).

**Count Two of the Indictment**

As to the offense of mail fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1341, 1346,

We, the Jury, find the defendant:

Guilty _____          Not Guilty __X__ *(initialed)*

**Count Three of the Indictment**

As to the offense of mail fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1341, 1346,

We, the Jury, find the defendant:

Guilty _____          Not Guilty __X__ *(initialed)*

3

**Count Four of the Indictment**

As to the offense of mail fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1341, 1346,

We, the Jury, find the defendant:

Guilty_____          Not Guilty __X__ _(signature)_

**Count Five of the Indictment**

As to the offense of wire fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1343, 1346,

We, the Jury, find the defendant:

Guilty_____          Not Guilty __X__ _(signature)_

**Count Six of the Indictment**

As to the offense of wire fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1343, 1346,

We, the Jury, find the defendant:

Guilty _____          Not Guilty __X__ *(initialed)*

**Count Seven of the Indictment**

As to the offense of wire fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1343, 1346,

We, the Jury, find the defendant:

Guilty _____          Not Guilty __X__ *(initialed)*

**Count Eight of the Indictment**

As to the offense of wire fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1343, 1346,

We, the Jury, find the defendant:

Guilty_____            Not Guilty__X__ (initialed)

**Count Nine of the Indictment**

As to the offense of wire fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1343, 1346,

We, the Jury, find the defendant:

Guilty_____            Not Guilty__X__ (initialed)

**Count Ten of the Indictment**

As to the offense of wire fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1343, 1346,

We, the Jury, find the defendant:

Guilty_____          Not Guilty__X__

**Count Eleven of the Indictment**

As to the offense of using an interstate facility in aid of bribery, in violation of Title 18, United States Code, Sections 1952(a)(3),

We, the Jury, find the defendant:

Guilty_____          Not Guilty__X__

**Count Twelve of the Indictment**

As to the offense of using an interstate facility in aid of bribery, in violation of Title 18, United States Code, Sections 1952(a)(3),

We, the Jury, find the defendant:

Guilty_____     Not Guilty __X__ *(abs)*

**Count Thirteen of the Indictment**

As to the offense of using an interstate facility in aid of bribery, in violation of Title 18, United States Code, Sections 1952(a)(3),

We, the Jury, find the defendant:

Guilty_____     Not Guilty __X__ *(abs)*

8

**Count Fourteen of the Indictment**

As to the offense of soliciting or receiving illegal remunerations for health care referrals, in violation of Title 42, United States Code, Sections 1320a-7b(b)(1)(A).

We, the Jury, find the defendant:

Guilty _____      Not Guilty __X__ *(initialed)*

**Count Fifteen of the Indictment**

As to the offense of soliciting or receiving illegal remunerations for health care referrals, in violation of Title 42, United States Code, Sections 1320a-7b(b)(1)(A).

We, the Jury, find the defendant:

Guilty _____      Not Guilty __X__ *(initialed)*

## Count Sixteen of the Indictment

As to the offense of mail fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1341, 1346,

We, the Jury, find the defendant:

Guilty _____   Not Guilty __X__ *(initialed)*

## Count Seventeen of the Indictment

As to the offense of mail fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1341, 1346,

We, the Jury, find the defendant:

Guilty _____   Not Guilty __X__ *(initialed)*

**Count Eighteen of the Indictment**

As to the offense of mail fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1341, 1346,

We, the Jury, find the defendant:

Guilty_____         Not Guilty  X  *(initials)*

**Count Nineteen of the Indictment**

As to the offense of mail fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1341, 1346,

We, the Jury, find the defendant:

Guilty_____         Not Guilty  X  *(initials)*

**Count Twenty of the Indictment**

As to the offense of mail fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1341, 1346,

We, the Jury, find the defendant:

Guilty _____  Not Guilty __X__ *(signature)*

**Count Twenty-One of the Indictment**

As to the offense of wire fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1343, 1346,

We, the Jury, find the defendant:

Guilty _____  Not Guilty __X__ *(signature)*

## Count Twenty-Two of the Indictment

As to the offense of mail fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1343, 1346,

We, the Jury, find the defendant:

Guilty _____    Not Guilty __X__ *(initialed)*

## Count Twenty-Three of the Indictment

As to the offense of using an interstate facility in aid of bribery, in violation of Title 18, United States Code, Sections 1952(a)(3),

We, the Jury, find the defendant:

Guilty _____    Not Guilty __X__ *(initialed)*

**Count Twenty-Four of the Indictment**

As to the offense of using an interstate facility in aid of bribery, in violation of Title 18, United States Code, Sections 1952(a)(3),

We, the Jury, find the defendant:

Guilty_____        Not Guilty__X__ *(initials)*

14

**Count Twenty-Five of the Indictment**

As to the offense of Conspiracy, in violation of Title 18, United States Code, Section 371.

We, the Jury, find the defendant:

Guilty _____      Not Guilty X _[signature]_

If you find the defendant guilty, did you unanimously find that an object of the conspiracy was:   (Check at least one):

____ Honest services mail fraud, in violation of Title 18, United States Code, Sections 1341, and 1346;
____ Honest services wire fraud, in violation of Title 18, United States Code, Sections 1343, and 1346;
____ Use of the mails and interstate facilities in aid of bribery, in violation of Title 18, United States Code, Section 1952(a);
____ Knowingly and willfully solicit or receive illegal remunerations for health care referrals, in violation of Title 42, United States Code, Sections 1320a-7b(b)(1)(A).

15

## Count Twenty-Six of the Indictment

As to the offense of mail fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1341, 1346,

We, the Jury, find the defendant:

Guilty _____          Not Guilty __X__ *(signed)*

## Count Twenty-Seven of the Indictment

As to the offense of mail fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1341, 1346,

We, the Jury, find the defendant:

Guilty _____          Not Guilty __X__ *(signed)*

16

**Count Twenty-Eight of the Indictment**

As to the offense of mail fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1341, 1346,

We, the Jury, find the defendant:

Guilty _____    Not Guilty __X__ *(signed)*

**Count Twenty-Nine of the Indictment**

As to the offense of mail fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1341, 1346,

We, the Jury, find the defendant:

Guilty _____    Not Guilty __X__ *(signed)*

**Count Thirty of the Indictment**

As to the offense of wire fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1343, 1346,

We, the Jury, find the defendant:

Guilty _____          Not Guilty __X__ *(initialed)*

**Count Thirty-One of the Indictment**

As to the offense of wire fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1343, 1346,

We, the Jury, find the defendant:

Guilty _____          Not Guilty __X__ *(initialed)*

**Count Thirty-Two of the Indictment**

As to the offense of wire fraud involving deprivation of honest services, in violation of Title 18, United States Code, Sections 1343, 1346,

We, the Jury, find the defendant:

Guilty _____          Not Guilty __X__

**Count Thirty-Three of the Indictment**

As to the offense of using an interstate facility in aid of bribery, in violation of Title 18, United States Code, Sections 1952(a)(3),

We, the Jury, find the defendant:

Guilty _____          Not Guilty __X__

19

**Count Thirty-Four of the Indictment**

As to the offense of using an interstate facility in aid of bribery, in violation of Title 18, United States Code, Sections 1952(a)(3),

We, the Jury, find the defendant:

Guilty _____          Not Guilty __X__ (initialed)

**Count Thirty-Five of the Indictment**

As to the offense of soliciting or receiving illegal remunerations for health care referrals, in violation of Title 42, United States Code, Sections 1320a-7b(b)(1)(A).

We, the Jury, find the defendant:

Guilty _____          Not Guilty __X__ (initialed)

AUGUST 13, 2021
DATED

REDACTED
FOREPERSON
GEORGE D. SYRENGELAS